IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00373-PAB-KLM

MARK ANDERSON, and
JUDY ANDERSON,

    Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion to Change Caption** [#17] (the "Motion"). In the Motion, Plaintiffs ask the Court to amend the name of Defendant from "Liberty Mutual Insurance Company" to "Liberty Mutual Fire Insurance Company." *Motion* [#17][1] at 1-2. Defendant does not oppose the requested relief. *Id.* at 1. The Court agrees that it is proper to amend the caption to conform with the full name of Defendant. *See Wyers Prods. Grp. v. Cequent Performance Prods., Inc.*, No. 12-cv-02640-REB, 2013 WL 5291418, at *2 (D. Colo. Sept. 17, 2013) (noting that there was no prejudice to the defendant in allowing the caption to be amended and stating that to hold otherwise "would impermissibly elevate form over substance."); *cf. Jones v. Two Unknown Doc Guards*, No. 08-cv-01053-REB-KMT, 2009 WL 4062097, at *1 (D. Colo. Nov. 20, 2009) (granting motion to amend caption to replace name of John Doe defendant with the full name of that individual).

    IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that "Liberty Mutual Fire Insurance Company" shall be substituted for "Liberty Mutual Insurance Company" in the caption of this case on all future pleadings.

    Dated: March 25, 2015

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.