IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00373-PAB-KLM

MARK ANDERSON, and
JUDY ANDERSON

    Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

## STIPULATED 502(d) ORDER

Pursuant to this Court's Instructions, the Plaintiffs file this Stipulated 502(d) Order.

**Stipulated 502(d) Order**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR DEFENDANT |
|---|---|
| /s/ Ross Ziev | /s/ Holly C. Ludwig |
| Ross Ziev | Holly C. Ludwig |
| SPEIGHTS AND WORRICH, LLC | LEWIS ROCA ROTHGERBER LLP |
| 116 Inverness Driver East, Suite 270 | 1200 17th Street, Suite 3000 |
| Englewood, CO 80112 | Denver, CO 80202-5855 |
| 303 662-8082 | (303) 623-9000 |

**SO ORDERED**

DATED this 28th day of April 2015,

BY THE COURT:

/s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge